**FILED**

JAN 02 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| SUSAN L SAMPSON, SUSAN L. SAMPSON IRA, JAMES K SAMPSON, AND JAMES K SAMPSON IRA,<br><br>Plaintiffs,<br>v.<br><br>RAFFERTY FINANCIAL CONSULTING & IMPLEMENTATION, LLC.,<br><br>Defendant. | Case No. 6:17-cv-00116-CCL<br><br>**ORDER GRANTING MOTION FOR ADMISSION OF SCOTT L. EVANS PRO HAC VICE** |

Daniel J. Auerbach of Browning, Kaleczyc, Berry & Hoven, P.C., local counsel for Defendant Rafferty Financial Consulting & Implementation, LLC. ("Rafferty"), having moved this Court for an Order admitting Scott L. Evans, *pro hac vice*, and the Court, having been duly advised in the premises and having examined said Motion, NOW FINDS as follows:

1

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED by this Court that Scott L. Evans, of the law firm of Messner Reeves, LLP., should be, and hereby is, admitted *pro hac vice* to appear in the above captioned matter.

Local counsel, Daniel J. Auerbach, will be designated as lead counsel or as co-lead counsel along with Mr. Evans. Mr. Evans must do his own work. Mr. Evans must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and if designated, co-lead counsel must appear and participate in all proceedings before the Court. Local counsel shall also sign such pleadings, motions and briefs and other documents served or filed. Admission is personal to Mr. Evans.

DATED this 2nd day of January, 20118.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE