**FILED**

JAN 0 2 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| SUSAN L SAMPSON, SUSAN L. SAMPSON IRA, JAMES K SAMPSON, AND JAMES K SAMPSON IRA,<br><br>Plaintiffs,<br>v.<br><br>RAFFERTY FINANCIAL CONSULTING & IMPLEMENTATION, LLC,<br><br>Defendant. | Case No. 6:17-cv-00116-CCL<br><br>**ORDER GRANTING MOTION FOR ADMISSION OF JOSHUA B. ABROMOVITZ PRO HAC VICE** |

Daniel J. Auerbach of Browning, Kaleczyc, Berry & Hoven, P.C., local counsel for Defendant Rafferty Financial Consulting & Implementation, LLC. ("Rafferty"), having moved this Court for an Order admitting Joshua B. Abromovitz, *pro hac vice*, and the Court, having been duly advised in the premises and having examined said Motion, NOW FINDS as follows:

1

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED by this Court that Joshua B. Abromovitz, of the law firm of Messner Reeves, LLP., should be, and hereby is, admitted *pro hac vice* to appear in the above captioned matter.

Local counsel, Daniel J. Auerbach, will be designated as lead counsel or as co-lead counsel along with Mr. Abromovitz. Mr. Abromovitz must do his own work. Mr. Abromovitz must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and if designated, co-lead counsel must appear and participate in all proceedings before the court. Local counsel shall also sign such pleadings, motions and briefs and other documents served or filed. Admission is personal to Mr. Abromovitz.

DATED this 2nd day of January, 20118.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE